UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62552-CIV-ZLOCH

WILLIAM TRAVIS,

      Plaintiff,  **FINAL ORDER OF DISMISSAL**

vs.

RESIDENTIAL CREDIT SOLUTIONS,
INC.,

      Defendant.
_____/

    THIS MATTER is before the Court upon the Joint Stipulation For Final Order Of Dismissal (DE 20), filed herein by both Parties. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Parties' Joint Stipulation For Final Order Of Dismissal (DE 20) be and the same is hereby approved, adopted, and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

    3. The Court reserves jurisdiction solely for the purpose of enforcing the terms of the Parties' Settlement Agreement; and

    4. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this \_\_\_\_17th\_\_\_\_ day of July, 2017.

                                         WILLIAM J. ZLOCH
                                         Sr. United States District Judge

Copies furnished:

All Counsel of Record